Decided February 16, 2000

## TERRY D. GILLETTE *v.* TOWN OF MONROE ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 235 (AC 18673), is denied.

*Mark J. Sommaruga* and *Catherine M. Thompson,* in support of the petition.

*Christopher B. Carveth*, in opposition.

Decided February 16, 2000